IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_MACON_ DIVISION

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. §1983

PAUL KOZACHYN

265499

(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF):

Plaintiff(s)

VS.

GA. DEPT. OF CORRECTIONS COMM.,
BRIAN OWENS, AND GA. DEPT. OF
CORRECTIONS, MEDICAL DIRECTOR,
DR. SHARON LEWIS, ET AL.
(NAME OF EACH DEFENDANT)

Defendant(s)

CIVIL ACTION NO. 5:13-CV-411

## I. GENERAL INFORMATION

1. Your full name and prison number PAUL KOZACHYN, 265499

2. Name and location of prison where you are now confined JOHNSON STATE PRISON P.O. BOX 344, WRIGHTSVILLE, GEORGIA, 31096

3. Sentence you are now serving (how long?) LIFE / PLUS 70 YEARS

   (a) What were you convicted of? ARMED ROBBERY / KIDNAPPING.

   (b) Name and location of court which imposed sentence SUPERIOR COURT OF BANKS COUNTY

   (c) When was sentence imposed? December 18, 1999

   (d) Did you appeal your sentence and/or conviction?   ☑ Yes   ☐ No

   (e) What was the result of your appeal? DENIED

   (f) Approximate date your sentence will be completed N/A

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in any federal or state court dealing with the SAME FACTS involved in this lawsuit or otherwise related to your imprisonment?   ☑ Yes   ☐ No

5. If your answer to question 4. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:
   Plaintiff(s): _PAUL KOZACHYN_

   Defendant(s): _JOHN JEANES, WARDEN_
   _28 U.S.C. § 2254_

   (b) Name of Court: _U.S. DISTRICT COURT, GAINESVILLE DIVISION_
   (c) Docket Number: _____   When did you file this lawsuit? _____
   (d) Name of judge assigned to case: _____
   (e) Is this case still pending   ☑ Yes   ☐ No
   (f) If your answer to (e) is "No," when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
   _28 U.S.C. § 2254, PENDING_

## III. PRESENT CONFINEMENT

6. Where are you now confined? _JOHNSON STATE PRISON, WRIGHTSVILLE, GA._

   (a) How long have you been at this institution? _One year, 3 months_
   (b) Does this institution have a grievance procedure?   ☑ Yes   ☐ No
   (c) If your answer to question 6(b) is "Yes," answer the following:

      (1) Did you present your complaint(s) herein to the institution as a grievance?
      ☑ Yes   ☐ No

      (2) What was the result? _DISMISSED, AND GRIEVANCE APPEALS DISMISSED._

   (d) What, if anything, have you done to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.
   _GRIEVANCE NO. 137831; 11/19/12, GRIEVANCE NO: 137831, 11/26/12, GRIEVANCE NO: 139514, 12/10/12, AND 1/15/13, GRIEVANCE NO: N/A 2/15/2011, AND 9/15/2011, WROTE LETTERS OF COMPLAINT, PLUS GRIEVANCE NO. 154140; 7/30/13_

7. In what other institutions have you been confined? Give dates of entry and exit.

RUTLEDGE STATE PRISON COLUMBUS, GA., JOHNSON STATE PRISON, WRIGHTSVILLE, GA, DODGE STATE PRISON, EASTMAN, GA. JOHNSON STATE PRISON, WRIGHTSVILLE, GA., COFFEE CORRECTIONAL FACILITY, NICHOL'S GEORGIA, JOHNSON STATE PRISON, WRIGHTSVILLE, GA.

## IV. PARTIES TO THIS LAWSUIT

8. List the name and address of each plaintiff in this lawsuit.

PAUL KOZACHYN, G.D.C. NO: 265499
JOHNSON STATE PRISON
P.O. BOX 344
WRIGHTSVILLE, GA. 31096

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

BRIAN OWENS, COMMISSIONER, GA. DEPARTMENT OF CORRECTIONS, P.O. BOX 1529, FORSYTH, GEORGIA. 31029
DR. SHARON LEWIS, MEDICAL DIRECTOR, GEORGIA DEPARTMENT OF CORRECTIONS, P.O. BOX 1529, FORSYTH, GEORGIA. 31029

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

   Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT! If the court needs additional information from you, you will be notified.

STATEMENT OF CLAIM (CONTINUED)

Where did the incident you are complaining about occur? That is, at what institution or institutions? WITHIN THE GEORGIA DEPT. OF CORRECTIONS AND

When do you allege this incident took place? JOHNSON STATE PRISON

What happened? I, AS A PRISONER, HAVE MULTIPLE CHRONIC CARE ISSUES AS IS EVIDENCED BY MY INSTITUTIONAL MEDICAL FILE AND HISTORY, INCLUDING, BUT, NOT LIMITED TO SERIOUS BACK PAIN, HEPATITIS C, NONE OF WHICH, AM I RECEIVING PROPER TREATMENT. ON TWO (2) SEPERATE OCCASIONS, JOHNSON STATE PRISON DOCTORS, CALEB AJIBADE AND DALRYMPLE, DENIED ME MEDICATION PRESCRIBED BY THE ORTHOPEDIC SURGEON, ON 3/27/13, AND 8/5/13, BOTH DOCTORS SHOWING DELIBERATE INDIFFERENCE AND RECKLESS CONDUCT, NOTWITHSTANDING GROSS NEGLIGENCE.

ON NUMEROUS OCCASIONS, I WAS DENIED ACCESS TO SICKCALL, ONLY TO RECEIVE OBNOXIOUS STATEMENTS AND RESPONSES FROM NURSE PULLEN, A SELF DESCRIBED, L.P.N., AND BEING DENIED AND DEPRIVED OF MUCH NEEDED MEDICATION FOR THREE (3) WEEKS.

PLAINTIFF, AS A DIRECT RESULT OF DEFENDANTS ACTIONS, HAS BEEN DENIED, AND DEPRIVED OF ADEQUATE, AND COMPETENT MEDICAL CARE AND TREATMENT.

PLAINTIFF'S MEDICAL COMPLAINTS HAVE BEEN DIAGNOSED BY SPECIALISTS AS MANDATING TREATMENT, AND IS SO OBVIOUS, A LAYPERSON WOULD EASILY RECOGNIZED THE NECESSITY FOR A DOCTOR'S ATTENTION, BUT CONTINUE WITH DELIBERATE INDIFFERENCE.

DEFENDANT'S, IN THEIR SHOWING OF DELIBERATE INDIFFERENCE, VIOLATED G.D.C. STANDARD OPERATING PROCEDURE, AS WELL AS SUBJECTING PLAINTIFF TO RECKLESS CONDUCT, AND CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF THE EIGHTH AMENDMENT.

PLAINTIFF'S EVIDENCE IS MORE THAN SUFFICIENT TO PROVE BOTH DEFENDANT'S LIABLE, THEREBY, CAUSING PLAINTIFF TO SUSTAIN ACTUAL INJURY.

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened.  (USE ADDITIONAL SHEETS, IF NECESSARY)

WARDEN, JOSE MORALES, DEPUTY WARDEN OF CARE AND TREATMENT, MR. TIM JONES, HEALTH SERVICES ADMINISTRATOR, DEANN MORRIS, ALL OF JOHNSON STATE PRISON, AND HAVE ACCESS AND PERSONAL KNOWLEDGE OF PLAINTIFF'S SERIOUS MEDICAL NEEDS.

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes!  (USE ADDITIONAL SHEETS, IF NECESSARY)

I WANT THE COURT TO ISSUE A PRELIMINARY INJUNCTION, MANDATING PROPER, AND IMEDIATE MEDICAL CARE AND TREATMENT. AN EVIDENTIARY HEARING ON ALL RELEVANT ISSUES, A TRIAL BY JURY IS DEMANDED, AND SUCH OTHER RELIEF AS THE COURT MAY DEEM JUST AND PROPER, INCLUDING, BUT NOT LIMITED TO MONETARY AWARD AND DAMAGES TO BE CONSIDERED AND ASSESSED BY THE COURT, INCLUDING COURT COSTS AND ANY OTHER COSTS INCURRED AS A RESULT OF HAVING BROUGHT THIS ACTION.

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the *Federal Rules of Civil Procedure.*

    Signed this _8th_ day of _October_, 20_13_.

_mr. Paul Kpachyn_
PLAINTIFF