IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

PAUL KOZACHYN, :
:
       Plaintiff :
:
VS. :
:
BRIAN OWENS, Commissioner, Georgia :
Department of Corrections, *et al.*, :
: NO. 5:13-CV-411 (MTT)
       Defendants :
_____: **O R D E R**

On November 1, 2013, the undersigned dismissed without prejudice Plaintiff **PAUL KOZACHYN'S** 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A (Doc. 5). The Court based its dismissal on Plaintiff failing to allege any of the prerequisites for supervisory liability under section 1983. Before the Court is Plaintiff's "Objections to Court[']s Order," which the Clerk's Office has docketed as a motion to reconsider (Doc. 7).

In his motion, Plaintiff summarily alleges that Defendants, Brian Owens, Commissioner of the Georgia Department of Corrections (the "GDOC"), and Dr. Sharon Lewis, Medical Director for the GDOC, "by direct participation," "establish[ed] and implement[ed] policy and procedures of incompetent and deficient medical care and treatment" that violated Plaintiff's constitutional rights. Although attempting now to couch his allegations in terms of Defendants' personal participation in a policy or procedure, Plaintiff makes no specific allegation of the Defendants actual personal participation in their subordinates' actions or promulgation of a policy or procedure. Certainly, Plaintiff's allegation that Defendants have a policy "of incompetent and

deficient medical care and treatment" is not credible.

In light of the foregoing, Plaintiff's motion is **DENIED**.

**SO ORDERED**, this 19th day of November, 2013.

                                             S/ Marc T. Treadwell
                                             MARC T. TREADWELL, JUDGE
                                             UNITED STATES DISTRICT COURT

cr