**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

PAUL KOZACHYN,                           :
                                         :
            Plaintiff                     :
                                         :
      VS.                                 :
                                         :
BRIAN OWENS, Commissioner, Georgia        :
Department of Corrections, *et al.*,      :
                                         :   NO. 5:13-CV-411 (MTT)
            Defendants                    :
_____ :   **O R D E R**

On November 1, 2013, the undersigned dismissed without prejudice Plaintiff

**PAUL KOZACHYN'S** 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A (Doc. 5).

The Court based its dismissal on Plaintiff failing to allege any of the prerequisites for

supervisory liability under section 1983.   Before the Court is Plaintiff's "Objections to

Court[']s Order," which the Clerk's Office has docketed as a motion to reconsider (Doc. 7).

In his motion, Plaintiff summarily alleges that Defendants, Brian Owens,

Commissioner of the Georgia Department of Corrections (the "GDOC"), and Dr. Sharon

Lewis, Medical Director for the GDOC, "by direct participation," "establish[ed] and

implement[ed] policy and procedures of incompetent and deficient medical care and

treatment" that violated Plaintiff's constitutional rights.   Although attempting now to

couch his allegations in terms of Defendants' personal participation in a policy or

procedure, Plaintiff makes no specific allegation of the Defendants actual personal

participation in their subordinates' actions or promulgation of a policy or procedure.

Certainly, Plaintiff's allegation that Defendants have a policy "of incompetent and

deficient medical care and treatment" is not credible.

In light of the foregoing, Plaintiff's motion is **DENIED**.

**SO ORDERED**, this 19th day of November, 2013.


<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

cr